## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT A. SHEPERIS | : | CIV. ACTION NO. : 3:17-cv-01318-JCH |
| v. | : | |
| SIG SAUER, INC. | : | AUGUST 21, 2017 |

### CITY OF STAMFORD'S INTERVENING COMPLAINT

1.     At all relevant times, the plaintiff, VINCENT A. SHEPERIS, was employed by the City of Stamford, a municipal corporation organized and existing under the laws of the State of Connecticut.

2.     On or about January 5, 2017, the plaintiff, VINCENT A. SHEPERIS, sustained injuries while acting within the scope of his employment for the City of Stamford and which injuries arose out of and in the course of such employment, all as a result of the tortious conduct of the Defendant, Sig Sauer, Inc., a Delaware Corporation.

3.     As a result of said injuries, beginning on or about January 5, 2017, and continuing through the present, the plaintiff, VINCENT A. SHEPERIS, sought medical care and treatment for the injuries that arose out of and in the course of his employment with the City of Stamford, and claimed a loss of earnings as a result of said injuries.

4.     As a result of the injuries sustained by the plaintiff, VINCENT A. SHEPERIS, the intervening plaintiff, City of Stamford, has been required, and will be required in the future, to pay workers' compensation benefits in the form of indemnity and for medical care and treatment, under the terms of the Workers' Compensation Act.

5.     Specifically, as a result of the injuries sustained by the Plaintiff VINCENT A. SHEPERIS, and as of August 9, 2017, the intervening plaintiff, City of Stamford has paid a total of $23,680.46 in medical benefits, and $21,594.85 in indemnity benefits, for a sum total of

$45,275.31 in workers' compensation benefits under the terms of the Workers' Compensation Act.

6.     The personal injuries and losses sustained by the plaintiff, VINCENT A. SHEPERIS, are more particularly set forth in the plaintiff's Complaint in this action, as are the specifications of the Defendant's tortious conduct and legal responsibility, all of which allegations are hereby incorporated by reference.

7.     Pursuant to the provisions of section 31-293 of the Connecticut General Statutes, the intervening employer, City of Stamford, hereby requests that any damages recovered in this action shall be so paid and apportioned that that they will be reimbursed the amounts that they have paid and will become obligated to pay to, or on behalf of the plaintiff, VINCENT A. SHEPERIS, under the Workers' Compensation Act.

THE INTERVENOR
CITY OF STAMFORD

BY _____

DANA B. LEE, ESQ.
ASSISTANT CORPORATION COUNSEL
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax: (203) 977-5560
E-mail: dlee@ci.stamford.ct.us
Federal Bar No. ct21089

## CERTIFICATION

I hereby certify that on August 21, 2017, a copy of the undersigned's Intervening

Complaint was filed electronically and served by mail on anyone unable to accept electronic

filing as shown below. Notice of this filing will be sent by e-mail to all parties by operation of

the court's electronic filing system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing. Parties may access this filing through the court's

CM/ECF System.

Robert L. Joyce, Esq.
Littleton Joyce
4 Manhattanville Road
Ste. 202
Purchase, NY 10577

Dana B. Lee