UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT A. SHEPERIS, | : | CIVIL ACTION NO.: |
| | : | 3:17CV011318(JCH) |
| Plaintiff, | : | |
| | : | |
| CITY OF STAMFORD, | : | |
| Intervening Plaintiff, | : | |
| v. | : | |
| SIG SAUER, INC. | : | |
| Defendant. | : | MAY 24, 2018 |

**RE-FILED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
ADDING CLASS ALLEGATIONS**

Pursuant to Federal Rule of Civil Procedure 15(a), and D. Conn. L. Rule 7.1, plaintiff Sheperis respectfully files this Motion for Leave to File an Amended Complaint with Class Allegations.  It was originally filed on December 29, 2017.

As set forth in the memorandum accompanying this Motion, Fed. R. Civ. P. 15(a) requires that leave to file an amended complaint be "freely given when justice so requires."  This standard is met here, as the Motion was first filed in December 2017 when the case was in its preliminary stages and while a second mediation was pending.

A more detailed description of the causes of action at issue, and the overall remedies sought, will economize the Court's and parties' time in discovery and preparing the case for

ORAL ARGUMENT REQUESTED

trial.  In addition, discovery has revealed that SIG continues to represent the P320 as "drop safe" to the present, despite knowing that the weapon shot Officer Sheperis in January 2017, and at least eight others thereafter.

The latter fact in itself provides good cause for the Class Allegations amendment to the Amended Complaint.  It will serve to protect all owners and potential purchasers of the P320 in Connecticut, who might otherwise be injured or killed by it.  A court, again, should "freely give" leave to amend "when justice so requires." *Anderson News, LLC v. Am. Media, Inc.,* 680 F.3d 162, 185 (2d Cir. 2012) *(citing Foman v.Davis*, 371 U.S. 178, 182 (1962)).  Defendant has been aware of this requested amendment since December 2017, and will suffer no undue prejudice as a result of it.

For the reasons stated, Plaintiff's Re-filed Motion for Leave to File Amended Complaint with Class Allegations should be granted.

                                                           Respectfully submitted,

                                                           PLAINTIFF
                                                           VINCENT A. SHEPERIS

        By:

                                                           /s/Jeffrey S. Bagnell
                                                           Jeffrey S. Bagnell
                                                           Federal Bar No. CT18983
                                                           Jeffrey S. Bagnell, Esq., LLC
                                                           55 Greens Farms Road, #200-60
                                                           Westport, Connecticut 06880
                                                           (203) 984-8820
                                                           (203) 255-4454 (fax)
                                                           jeff@bagnell-law.com

                                                           Attorney for Plaintiff

**CERTIFICATION**

      This is to certify that on this 24th day of May 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                             /s/Jeffrey S. Bagnell