UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT A. SHEPERIS, | : | CIVIL ACTION NO.: |
| | : | 3:17CV011318(JCH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SIG SAUER, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | JANUARY 19, 2023 |

## MOTION FOR RELIEF FROM FINAL ORDER

Pursuant to Fed. R. Civ. P. 60(3) and (6), plaintiff Sheperis moves for relief from the final Order dismissing his case on the grounds of discovery fraud and fraud on the Court.

On January 5, 2017, Sheperis was shot when a holstered Sig Sauer P320 dropped to the ground and fired hitting him in his knee. Over nearly a year of litigation, motion practice to compel discovery responses, and two settlement conferences with the Court, defendant Sig constantly represented to counsel and the Court that it had never heard of a P320 ever drop firing before Sheperis was shot in January 2017 ("SIG SAUER responds that it was not aware of any alleged drop-fire incidents involving a P320 model pistol prior to the date of the Subject Incident").

Recent discovery disclosures in a class action case show that this representation was entirely false. Sig knew of prior drop failures of the P320 as early as December 2013 at its own facility in New Hampshire,[1] four years before Sheperis's P320 nearly took his life. Yet it concealed this responsive

---

[1]  *Ortiz v. Sig Sauer, Inc.*, Civil No. 19-cv-1025-JL Opinion No. 2022 DNH 047, fn. 7: "Manning Dep. (doc. no. 41-9) at 53:13-23; see also doc. no. 41-2 (tabulating the results of drop tests conducted on ten guns in December

evidence during the entire case.

      Had Sig disclosed this severely compromising information, Sheperis' settlement calculus would have been substantially different.

      For the reasons set forth in the accompanying memorandum, Sheperis requests that his case be re-opened and that Sig be substantially penalized for discovery fraud and fraud on the Court in an amount to be determined.

      Respectfully submitted,

      VINCENT SHEPERIS


By:      __/s/__*Jeffrey S. Bagnell*_____
      Jeffrey S. Bagnell
      Federal Bar No. CT18983
      55 Post Road West, Suite 200
      Westport, Connecticut 06880
      (203) 984-8820
      jeff@bagnell-law.com

---

2013 and **noting that the seventh gun fired on impact when dropped at an orientation described as "muzzle up horizonal bottom up");** doc. no. 41-3 at 3 (April 2014 report from P320 drop testing, noting that "SAAMI, NATO, and additional 45° drop tests were conducted on two pistols (one with a full magazine well, one with an empty magazine well). The pistol with . . . the empty magazine well performed on orientation 12 when it fired on impact").

3

**CERTIFICATION**

       I hereby certify that on January 19, 2023, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

    /s/ *Jeffrey S. Bagnell*_____
      Jeffrey S. Bagnell