```
 1                IN THE UNITED STATES DISTRICT COURT
 2
 3              FOR THE DISTRICT OF NEW HAMPSHIRE
 4
 5        ***************************************
 6
 7        DERICK ORTIZ, individually and on behalf of all
 8
 9        others similarly situated,
10
11        VS            NO:  1:19-CV-01025-JL
12
13        SIG SAUER, INC.
14
15        ***************************************
16
17
18
19                    DEPOSITION OF SEAN TONER
20
21            This virtual deposition taken by agreement of
22
23        counsel, on May 19, 2021, commencing at 10:00 a.m.
```

Page 1

**Page 6**

| | | |
|---|---|---|
| 1 | A | Senior design engineer. |
| 2 | Q | You have kept the title of senior design |
| 3 | | engineer consistently from when you joined to |
| 4 | | the present? |
| 5 | A | Yes. |
| 6 | Q | And I understand that you worked on the P320 |
| 7 | | project, is that right? |
| 8 | A | Yes. |
| 9 | Q | What was your role at the P320 project? |
| 10 | A | I was part of a team that consisted of four to |
| 11 | | five people. I was a senior design engineer |
| 12 | | as part of that team. |
| 13 | Q | Were you the most senior design engineer on |
| 14 | | the P320 project? |
| 15 | A | Yes, there was a team leader, but yes, I guess |
| 16 | | you can say that. |
| 17 | Q | Who was the team leader? |
| 18 | A | Matt Taylor. |
| 19 | Q | What was Mr. Taylor's role as the team leader? |
| 20 | A | Managed our tasks, managed the project from |
| 21 | | timeline and worked with project managers. |
| 22 | Q | And Mr. Taylor, is he an engineer? |
| 23 | A | Yes. |

**Page 7**

| | | |
|---|---|---|
| 1 | Q | Did Mr. Taylor work on the design of the P320? |
| 2 | A | Yes. |
| 3 | Q | And what was his role working with the design |
| 4 | | of the P320? |
| 5 | A | Typically in the teams we share tasks, there |
| 6 | | were certain design tasks that he would do and |
| 7 | | we would work together collaboratively. |
| 8 | Q | Would you say that he had equal roles on the |
| 9 | | design tasks when you were working on the |
| 10 | | design of the P320? |
| 11 | A | Yes, I would say that is pretty true, yes. |
| 12 | Q | Okay. And you mentioned a few other |
| 13 | | individuals on the P320 team. I think you |
| 14 | | said there were four or five other senior |
| 15 | | individuals, is that right? |
| 16 | A | No, that is not what I meant to say. I meant |
| 17 | | to say there were four to five other team |
| 18 | | members, designers, drafters, that sort of |
| 19 | | thing. |
| 20 | Q | And who are those other team members? |
| 21 | A | You are going by my memory here a little bit |
| 22 | | here, but I will give it a shot. |
| 23 | | There was an individual called |

**Page 8**

| | | |
|---|---|---|
| 1 | | Scott. I don't remember his last name. He |
| 2 | | doesn't work with the company anymore. There |
| 3 | | was another individual. In and out, we had |
| 4 | | interns. I don't remember their names, to be |
| 5 | | honest with you. The teams changed. |
| 6 | Q | The only full name you remember is Matt |
| 7 | | Taylor? |
| 8 | A | Yes, and Scott his last name is Hagen. It is |
| 9 | | coming back to me a little bit now. It has |
| 10 | | been a few years. |
| 11 | Q | Sure. Was Scott Hagen also an engineer? |
| 12 | A | No, he was a drafter. |
| 13 | Q | What does that mean, drafter? |
| 14 | A | I am sorry? |
| 15 | Q | What do you mean by drafter? |
| 16 | A | Typically drafters work on documenting the |
| 17 | | design, so when you manufacture components, |
| 18 | | you need to document what the design is, and |
| 19 | | that is basically putting dimensions and |
| 20 | | tolerances on drawings. |
| 21 | Q | When did the design phase of the P320 begin? |
| 22 | A | So, it would be approximately spring of 2013. |
| 23 | Q | And were you working on the P320 project when |

**Page 9**

| | | |
|---|---|---|
| 1 | | it first started the design phase in the |
| 2 | | spring of 2013? |
| 3 | A | Yes. |
| 4 | Q | Have you consistently worked on the P320 since |
| 5 | | you were staffed to it in the spring of 2013? |
| 6 | A | I worked on the P320 for approximately three |
| 7 | | years until 2016, at which time I transitioned |
| 8 | | over to a team lead position in the suppressor |
| 9 | | product line in our company, and then I went |
| 10 | | back to the pistol P320 team in roughly the |
| 11 | | spring of 2017. |
| 12 | Q | So early 2016, you left to work on suppressor |
| 13 | | projects? |
| 14 | A | Correct. |
| 15 | Q | Did you leave to work on suppressor projects, |
| 16 | | if you recall, before or after April 2016? |
| 17 | A | Can you say that again? You broke up. |
| 18 | Q | Do you recall when you left for suppressor |
| 19 | | projects, was that before or after April of |
| 20 | | 2016? |
| 21 | A | I believe it was before. It was probably more |
| 22 | | in the March time frame. |
| 23 | Q | Were you working on the P320 project when the |

Page 10

1  Q  U.S. Army approached Sig about the discovery
2     of some drop fire issues with the M17, were
3     you on the P320 project at the time, I believe
4     it was April of 2016?
5  A  I was on the project when the Army informed us
6     of the drop fire incident, but that was not in
7     2016.  It was in February of 2017.
8  Q  Thank you.  So you were working on the P320
9     project in February 2017 when the Army
10    approached Sig, correct?
11 A  Correct.
12 Q  And you were working on the P320 project when
13    the U.S. Army selected the pistol for the M17
14    pistol, right?
15 A  At the time that was roughly January of 2017,
16    I was still with the suppressor team, but once
17    we won the contract, I was transitioned over,
18    back over to the pistol.
19 Q  Got it.  So you have been deposed previously,
20    right?
21 A  Yes.
22 Q  How many times have you had your deposition
23    taken?

Page 11

1  A  Twice.
2  Q  And when was the first time that you had your
3     deposition taken?
4  A  I don't have exact dates for you, to be honest
5     with you.  It was probably 2018.
6  Q  Was that in connection with your employment at
7     Sig?
8  A  Yes.
9  Q  Was that the deposition in the Hartley matter
10    or was that a different case?
11 A  It was a different case.
12 Q  Did that case concern the P320?
13 A  Yes.
14 Q  At a high level, what were the allegations in
15    that case?
16 A  It was a patent issue.
17 Q  Okay.  And the second time you were deposed
18    was in Hartley case --
19 A  I don't remember the names of the plaintiffs
20    in that case.  I can't answer that off the top
21    of my head.
22         MR. JOYCE:  To move on, it was the
23    Hartley case.

Page 12

1  Q  So when you had your deposition taken most
2     recently, was it done in person or done
3     remotely?
4  A  It was in person.
5  Q  So this is your first remote deposition,
6     right?
7  A  Yes.
8  Q  Much of the procedure is going to be the same,
9     but just to get this down on the record, do
10    you understand that I am going to be asking
11    you a series of questions today?
12 A  Yes.
13 Q  You understand that I represent the plaintiff
14    in a class action lawsuit against Sig?
15 A  Yes.
16 Q  And that lawsuit concerns the P320, right?
17 A  Yes.
18 Q  Do you understand that you are sitting here
19    under oath today, and you have an obligation
20    to tell the truth as you would before a judge
21    and jury?
22 A  Yes.
23 Q  Is there any particular reason why you would

Page 13

1     be unable to tell the truth today?
2  A  No.
3  Q  It is important for us to make a clean record.
4        Do you understand there is a court
5     reporter who is transcribing every word you
6     say?
7  A  Yes.
8  Q  So I am going to try my best not to talk over
9     you when you are answering, and in turn, I
10    would ask that you not talk over me when I am
11    asking questions.
12       Is that something we can do?
13 A  Yes.
14 Q  Excellent.  As another issue, it is very
15    difficult for the court reporter to transcribe
16    nonverbal answers, such as nods and gestures,
17    and utterances such as uh-huh.  So to the
18    extent possible, I will try to ask my
19    questions using full and complete sentences,
20    and I would ask when you answer, if you could
21    use complete words instead of nods, gestures
22    and things like uh-huh.
23       Is that something you can also try

```
 1    experimental.  Basically the beginning stages
 2    of the program.
 3  Q And you testified previously that the P320 was
 4    selected as the M17 service pistol in around
 5    January of 2017, right?
 6  A Correct.
 7  Q Let's flip to the second page of this
 8    document.
 9         And I want to look at the bullet
10    point on the bottom left, and it is going to
11    be the second bullet point from the bottom, on
12    the bottom left of the second page of this
13    document, begins with the text, "During drop
14    testing."
15         Do you see that?
16  A Yes.
17  Q I am going to read this for the record.
18         Do you see where it says, "During
19    drop testing in which an empty primed
20    cartridge was inserted, the striker struck the
21    primer causing a discharge.  The Army directed
22    Sig Sauer to develop an ECP to correct this
23    deficiency.  Sig Sauer modified the trigger
```
Page 30

```
 1    mechanism to eliminate this deficiency.
 2    Subsequent testing validated that this ECP
 3    corrected the deficiency and the pistol no
 4    longer fired when dropped.  The MHS with this
 5    ECP modification was submitted as the
 6    production-representative pistol for PVT,
 7    LFT&E, and IOT&E."
 8         Do you see that?
 9  A Yes.
10  Q Even if you do not recognize this document,
11    have you seen this text before?
12  A No.
13  Q What is an ECP?
14  A ECP is an acronym for engineering change
15    proposal, and it is the method of which you
16    submit changes to the Army to -- to the
17    military for making changes to weapons.
18  Q So if the military wants a change to a weapon,
19    that is documented in an active group in ECP,
20    right?
21  A Correct.
22  Q And who requests an ECP, is it the
23    manufacturer, the Army, or does it depend on
```
Page 31

```
 1    context?
 2  A It depends on context, both the Sig Sauer or
 3    the contractor, if you want to use a generic
 4    term, can submit an ECP and also the Army or
 5    the government contractor can -- government
 6    entity can submit an ECP.
 7  Q And did an ECP occur with the M17 service
 8    pistol in early 2017?
 9  A I don't remember the exact date of when we
10    submitted our ECP, but yes, we did submit an
11    ECP.
12  Q What was the nature of the ECP?
13  A After the Army informed us about this problem,
14    we decided to take some mass out of the
15    components, and that is what that ECP was for.
16  Q Why did you decide to take some mass out of
17    the components?
18  A With further testing and evaluation, we saw
19    that the trigger was pulling itself,
20    essentially moving on its own when dropped at
21    certain angles, and reducing the mass
22    eliminated that deficiency.
23  Q Did the Army consider this a problem?
```
Page 32

```
 1         MR. JOYCE:  Objection to form.  You
 2    can answer.
 3         THE WITNESS:  They didn't consider
 4    it a problem in my opinion, but they did want
 5    us to address it and improve it.
 6  Q And they refer to it as a deficiency?
 7  A Yes.
 8  Q Do you agree that there is a deficiency in
 9    the -- excuse me.  Do you agree there was a
10    deficiency in the M17 pistol prior to the ECP?
11         MR. JOYCE:  Objection to form.  You
12    can answer over objection.
13         THE WITNESS:  Can you ask the
14    question again, please?
15  Q Sure.  Do you agree there is a deficiency in
16    the M17 prior to the ECP?
17  A Depending on the timeline.  I agree that we
18    knew of a deficiency after they notified us of
19    it.  Between then and the ECP, yes, that would
20    be true.
21  Q Do you agree that the M17 had a drop fire
22    deficiency in 2017 or whatever the appropriate
23    date is when the U.S. Army pointed it out?
```
Page 33

**Page 38**

1  not.
2  Q  I don't mean to put you on the spot, would you
3     say the U.S. Army has more or less experience
4     in pistol design and engineering than Sig
5     Sauer?
6  A  It sounds like a pretty -- you are asking for
7     my opinion.  I would say Sig Sauer has got
8     more experience.
9  Q  Okay.  Is the P320 drop safe?
10 A  Yes, it passes U.S. safety standards.
11        MR. JOYCE:  I am just going to
12    object based on time frame, in terms of which
13    iteration of the design you are talking about.
14 Q  Let me try that again.
15        For P320s that have not been sent in
16    to the voluntary upgrade program, let's say
17    preupgrade of P320s, are those pistols drop
18    safe?
19 A  Yes, they pass U.S. safety standards for CME
20    and NIJ and some state compliance.
21 Q  Are those pistols safe to drop?
22 A  Yes, per the safety standards that are
23    available, yes.

**Page 39**

1  Q  After the U.S. Army notified Sig of the drop
2     issue with the P320, did Sig add any heights
3     or angles to its internal drop testing
4     standards?
5  A  Once they told us about the problem, we went
6     and did their testing standards, which is the
7     TOP, so that includes off-angle, different
8     angles than what we normally do per the CME
9     and NIJ testing standards.
10 Q  What does TOP stand for?
11 A  Testing operation procedure, I believe.
12 Q  So after Sig was notified of the issue by the
13    Army the Sig added additional heights and
14    angles to TOP to its testing, is that right?
15 A  When we were looking specifically at the M17
16    problem, yes.  We also during development
17    looked at some of those angles as well.
18 Q  And did preupgrade P320s fire when dropped at
19    certain heights and angles under the new TOP
20    tests?
21 A  Yes.
22 Q  And would you say that those preupgrade P320s
23    were safe to drop under the new TOP tests?

**Page 40**

1  A  So it depends on how you do the testing.  If
2     you drop it once, yes, it would pass.  When we
3     drop things at multiple times, and at an angle
4     on the back of the slide, then we would see
5     the problem.
6  Q  Would you say those issues were replicable?
7  A  What do you mean by replicable?
8  Q  Could be repeated if dropped at the same
9     height and angle?
10 A  Not consistently.
11 Q  Do you recall what percentages the pistols
12    would fire when dropped at certain heights and
13    angles?
14 A  I don't recall those numbers offhand, no.
15 Q  Do preupgrade P320s have drop fire issues not
16    found in other Sig pistols?
17 A  I can't answer that explicitly.  My focus at
18    Sig so far has been with the P320 pistol.
19 Q  During your time at Sig, are you aware of any
20    other pistols that have gone into production
21    that have drop fire issues in the design?
22        MR. JOYCE:  Objection.  Beyond the
23    scope.  Foundation.  You can answer over

**Page 41**

1     objection.
2        THE WITNESS:  I have not been made
3     aware of any of those incidents, no.
4  Q  We can set this exhibit aside.  I will
5     introduce another one.  Just a moment, please.
6     I have made Exhibit 56 available, please let
7     me know when you have that loaded up.
8        (Whereupon, Exhibit Number 56,
9     E-mail, marked for identification.)
10 A  Okay.
11 Q  Have you seen Exhibit 56 before?
12 A  It looks like it was e-mailed to me, but I
13    don't recall this particular document.
14 Q  Sure.  So we see at the top header, it says,
15    2, and there are certain individuals.  One
16    such person is yourself, Sean Toner, right?
17 A  Yes.
18 Q  And who is Gabe Bailey?
19 A  He is no longer with the company, but he was
20    one of the program managers for the MHS
21    program for Sig Sauer.
22 Q  This is an e-mail from Gabe Bailey to certain
23    individuals, including yourself, right?

Page 58

1  A  Yes.
2  Q  This references a conference room for a
3     meeting, right?
4  A  Yes.
5  Q  This day, February of 2017, that is around the
6     time when the U.S. Army notified Sig of its
7     discovery of the drop fire issues, right?
8  A  I don't remember if it is before or after, but
9     it is within the same month at least.
10 Q  Do you see in the text, it says, "Attached is
11    actions tracker," do you see that?
12 A  Yes.
13 Q  What is an action tracker?
14 A  I assume it is a spreadsheet, tracking
15    different things that come out of meetings.
16 Q  Let's load up that spreadsheet.  It will be
17    Exhibit 58, let me know when you have it
18    loaded?
19 A  I don't have 58 in my folder.
20 Q  Give me one moment, please.
21        MR. JOYCE:  Did you refresh, John?
22        THE WITNESS:  I did.  There it is
23    now, okay.

Page 59

1  Q  I am going to note that this was produced in a
2     native format.  This is a Microsoft Excel
3     file.  If you try to view it within your
4     browser through Exhibit Share, it will
5     probably work, but if you run into any
6     technical issues, you may want to download and
7     load it up natively to your computer.  It
8     should probably work for our purposes today.
9     Let me know when you have Exhibit 58 loaded
10    up.
11 A  I have it.
12 Q  I am going to represent this is the attachment
13    to that e-mail you were just looking at.  In
14    any event, have you seen this document before?
15 A  Again, it was in an e-mail.  I may have looked
16    at it.  I don't recall the details in it.
17 Q  I am going to take a look at line 17, and do
18    you see where it says under column D of row
19    17, do you see where it says, "Complete
20    documented drop functional and durability
21    testing with heavier sear spring, LW trigger,
22    LW striker pin, LW sear, rectangular head coil
23    guide and sear housing for increased trigger

Page 60

1     bar travel.  Implement in VOM's and review
2     with planning AQE assembly."
3        Do you see that?
4  A  Yes.
5  Q  And just to the right of that, it says, Sean
6     T, right?
7  A  Yes.
8  Q  So why were you completing documented drop
9     functional and durability testing with a
10    heavier spring, LW trigger, LW striker pin and
11    LW sear and other different components?  Why
12    were you conducting that testing?
13 A  Give me a moment to read the document.
14 Q  Yes, please.
15 A  Can you repeat the question?
16 Q  Certainly, why were you conducting this drop
17    functionality and durability testing?
18 A  Based on this document and what I can read
19    from the context, it was for a specific
20    customer, international customer, called
21    Kirikou, and they were dropping at a height
22    that was beyond U.S. standards.  It was I
23    believe two meters.  I don't remember

Page 61

1     explicitly.  I think it was 2 meters high at
2     multiple angles.
3  Q  Did Kirikou indicate that they had any drop
4     issues at this time?
5  A  I don't recall whether they dropped Sig Sauer
6     pistols or not.  I know they said they had
7     some experience with that problem with other
8     weapons.
9  Q  Okay.  And this does not refresh your
10    recollection as to whether this was before or
11    after the Army got in contact with Sig, right?
12 A  Based on this e-mail, it looks like it is in
13    January of '17, so it would be somewhere just
14    before the Army notified us over that problem.
15 Q  And I assume LW trigger, that refers to
16    lightweight trigger, right?
17 A  Yes.
18 Q  And am I correct that at a general level, the
19    voluntary upgrade program replaced the trigger
20    with a lightweight trigger, is that correct?
21 A  Yes.
22 Q  And the sear is replaced too for the voluntary
23    upgrade program, right?

**Page 62**

1  A  Yes.
2  Q  The voluntary upgrade program, that replaces a
3     sear with a lighter sear, is that true as
4     well?
5  A  Can you say that again?
6  Q  Yes, the change to the sear pursuant to the
7     voluntary upgrade program, would that be a
8     lighter sear pursuant to the upgrade?
9  A  Yes, it is a reduced mass sear compared to the
10    preupgrade model.
11 Q  Is the striker pin change pursuant to the
12    voluntary upgrade program?
13 A  Yes, we also reduced the mass of the striker.
14 Q  In the voluntary upgrade program, did Sig
15    change the sear spring?
16 A  No.
17 Q  So the trigger striker pin and sear though are
18    replaced components in the voluntary upgrade
19    program, right?
20 A  Yes.
21 Q  And those three components, the trigger,
22    striker pin and sear were all replaced with
23    more -- with lighter components, right?

**Page 63**

1  A  Yes, reduced mass components.
2  Q  So you are testing here certain changes that
3     were ultimately made through the voluntary
4     upgrade program, right?
5  A  I am sorry. Can you say that again?
6     MR. JOYCE: Objection to form. You
7     can answer over objection.
8  Q  So through this drop testing with a lighter
9     trigger, striker pin and sear, you are
10    essentially testing components that ultimately
11    were implemented in the voluntary upgrade
12    program, meaning a lighter striker pin and
13    sear, right?
14 A  They didn't end up being the exact geometry
15    and form that we used in the voluntary upgrade
16    program, but they were reduced mass.
17 Q  Were you testing a lighter trigger, striker
18    pin and sear in connection with any
19    anticipated drop issues at this time?
20 A  Again, this was for a specific customer,
21    international customer, that was testing to a
22    standard that was above and beyond even the
23    military standard of the U.S. government.

**Page 64**

1  Q  I forget what you testified, did that customer
2     indicate that they had discovered any drop
3     issues?
4     MR. JOYCE: Asked and answered.
5     THE WITNESS: Sorry.
6     MR. JOYCE: Objection. Asked and
7     answered. You can answer again.
8     THE WITNESS: Again, I don't recall
9     them saying they did specific testing on
10    320's. I remember them saying that they saw
11    issues with pistols in the past.
12 Q  Did Sig know about any drop issues with the
13    P320 at this time?
14 A  At the time of this action tracker, it appears
15    so, because we were testing different variants
16    to pass that extreme standard.
17 Q  And you don't recall in what context Sig knew
18    about any drop issues, right?
19 A  Again, this is for a specific customer, an
20    international customer.
21 Q  Is that a no?
22 A  Correct, yes.
23 Q  Now, eventually, the P320 production line was

**Page 65**

1     changed to use, in fact, a lighter striker pin
2     and sear, right?
3  A  Are you talking about normal production guns?
4  Q  Yes, in 2018 or so, right?
5  A  Yes.
6  Q  So the lighter trigger striker pin and sear
7     was not implemented in the civilian P320 until
8     2018, right?
9  A  I believe it was before 2018. I believe it
10    was in the fall of 2017, if I remember
11    correctly.
12 Q  We can set Exhibit 58 aside. Give me just one
13    moment.
14    I have put Exhibit 45 on Exhibit
15    Share. Let me know when you have Exhibit 45
16    ready.
17    (Whereupon, Exhibit Number 45,
18    E-mail, marked for identification.)
19 A  Okay. I have it.
20 Q  Have you seen Exhibit 45 before?
21 A  Yes.
22 Q  What is it?
23 A  This is an e-mail that was sent to myself and

**Page 66**

1 others regarding the drop condition that Omaha
2 Outdoors investigated.
3 Q   And Andrew Tuohy is the sender of an e-mail to
4     you dated August 5th, that we see below in
5     this, right?
6 A   Yes.
7 Q   Andrew Tuohy works for Omaha Outdoors, right?
8 A   That is my assumption.
9 Q   And Mr. Tuohy sent you a Youtube video, right?
10 A  It appears so.
11 Q  Did you watch the Youtube video?
12 A  I believe I did.  Again, it has been a few
13    years now.
14 Q  Sure.  What was your response to the Youtube
15    video?
16 A  What was my response?
17 Q  Let me try that again.
18        What were your thoughts as to the
19    Youtube video?
20 A  My thoughts were that they found an angle of
21    dropping the weapon that caused a problem.
22 Q  Okay.  I am going to look at the top of page
23    2, and I am going to look at the first full

**Page 67**

1 sentence.
2        Do you see where it says, "It is for
3 this same reason that I e-mail you with an
4 urgent request to address the serious
5 problem."
6        Do you see that?
7 A  Yes.
8 Q  Do you agree with Mr. Tuohy that the drop
9    issue he discussed is a serious problem?
10 A  So it was a problem that we needed to address.
11    Again, safe handling is important for any user
12    of a loaded weapon.  Our guns pass U.S.
13    standards, and I know it is -- I am an
14    engineer, so that is what I test to, but
15    inherently, no gun is infinitely drop safe.
16 Q  I am going to look at the third full
17    paragraph, on the second page.  Do you see
18    where it starts, "We have been trying to get
19    through to someone."
20        Do you see that?
21 A  Yes.
22 Q  All right.  I am going to skip ahead in that
23    paragraph to the fourth sentence, do you see

**Page 68**

1 where he says, actually, third sentence.
2        Do you see where he says, "I have
3 attached a link to a video so you can see what
4 happens - the first link is best.  When the
5 slide and frame impact the concrete at the
6 same moment, the trigger continues to move to
7 the rear, just enough to deactivate the
8 safeties and apparently cause the striker to
9 move forward with enough force to fire.  In
10 other words, everything works as designed and
11 no safeties fail.  The trigger just pulls
12 itself."
13        Do you see that?
14 A  Yes.
15 Q  Is that an accurate synopsis of the drop fire
16    issue with the P320?
17 A  Let me read it again, please.
18 Q  Sure.
19 A  Yes, what he is describing is when the gun
20    impacts the ground or the concrete at an angle
21    where the slide hits first, it causes the
22    trigger to keep moving through inertia, and
23    that is what is activating the weapon.

**Page 69**

1 Q  So that is accurate?
2 A  Yes.
3 Q  And his explanation, is that the same
4    mechanism through which the Army discovered a
5    drop fire?
6 A  The same mechanism?
7 Q  Yes.  Let me find a better noun.
8        The nature of the issue discussed
9    here, is that the same issue that the Army
10   discovered?
11 A  I believe so.
12 Q  Did Mr. Tuohy's e-mail come as a surprise
13    then?
14        MR. JOYCE:  Objection to form.  You
15    can answer over objection.
16        THE WITNESS:  Given that we were
17    already were working on the problem and saw
18    the problem in the Army, then no, it would not
19    be a surprise.
20 Q  Do you recall when Sig changed the M17 and M18
21    to have a lighter trigger striker pin and
22    sear?  I am talking about the military
23    versions.

**Page 82**

1      Do you see that?
2  A   Yes.
3  Q   At this point, Sig had already tested
4      lightweight components in connection with the
5      P320, right?
6  A   Yes, for Kirikou, correct.
7  Q   And Sig also tested lightweight components for
8      the U.S. Army as well, right?
9  A   Yes.
10 Q   It says, "Lightweight components and
11     disconnector," right?
12 A   Yes.
13 Q   So I am going to try to simplify some of my
14     questions coming up. So I understand that the
15     P320 has an unrelated issue that -- let me
16     strike that.
17     I understand there is another class
18     action concerning the P320 called the Hartley
19     case, right?
20 A   Yes.
21 Q   Do you understand that the Hartley case
22     alleges there is an issue with the P320 that
23     may result in what is called an out-of-battery

**Page 83**

1      discharge.
2      Do you understand that?
3  A   Yes.
4  Q   The out-of-battery discharge alleged in the
5      Hartley, that is not related to the drop fire
6      issue alleged in this case, right?
7  A   Correct.
8  Q   The disconnector, that concerns the issue with
9      the out-of-battery discharge and not the drop
10     fire issue, right?
11     MR. JOYCE: Objection to form,
12     foundation. Beyond the scope. You can answer
13     over objection.
14     THE WITNESS: The disconnector does
15     not enhance the out-of-battery condition.
16 Q   Okay. So in the next half hour, I am going to
17     be asking you about various parts and
18     components that were changed in connection
19     with the voluntary upgrade program. For the
20     sake of the record, I am going to politely be
21     talking about each and every part, but I am
22     most interested in parts as it relates to the
23     drop fire issue at issue in this case. I am

**Page 84**

1      going to do my best to set aside the
2      disconnector and other parts not related to
3      this case when I go through this.
4      I understand for the sake of the
5      record, the voluntary upgrade program also
6      replaced the disconnector, right?
7  A   It did not replace the disconnector. It added
8      the disconnector.
9  Q   Okay. Thank you. So since that concerns a
10     separate issue, I am going to try to make the
11     record clear and not discuss the disconnector
12     to the extent possible, and it makes sense in
13     context.
14     Let's flip to the third page,
15     please. So am I correct that on or about
16     August of 2017, Sig conducted drop testing
17     with its P320s, is that right?
18 A   Yes, this is a chart displaying the baseline
19     testing.
20 Q   Okay. Let's flip to the next page then.
21     Sig Sauer also conducted drop fire
22     testing using lightweight components, right?
23 A   Yes.

**Page 85**

1  Q   And when I say lightweight components, I mean
2      the trigger, sear and striker safety. Those
3      were replaced with lighter weight components,
4      right?
5  A   No.
6  Q   Okay. Was the trigger replaced with a lighter
7      trigger as part of the voluntary upgrade
8      program?
9  A   Yes.
10 Q   Was the sear replaced with a lighter sear as a
11     result of the voluntary upgrade program?
12 A   Yes.
13 Q   Now, as it relates to drop safety and not the
14     out-of-battery discharge issue alleged in
15     Hartley, drop safety only, what components
16     were changed in connection with the voluntary
17     upgrade program?
18 A   The trigger was replaced with a lighter
19     version, reduced mass, I should say. The sear
20     was replaced with a reduced mass version, and
21     the striker pin was replaced with a reduced
22     mass version.
23 Q   Striker pin, okay. Thank you.

**Page 86**

1  Were there any other parts changes
2  relevant to drop safety enacted through the
3  voluntary upgrade program for the P320?
4  A  We did change the safety lever. We went from
5  a noncaptive safety level to a captive safety
6  level, so it was captive on the trigger bar.
7  Q  What do you mean by that? I am sorry, I don't
8  even understand those words.
9     In plain English, what is that?
10 A  So when a user pulls the trigger, that
11 rearward motion of the trigger causes the
12 trigger bar to move forward. In turn, the
13 safety lever is in front of the trigger bar,
14 so when the trigger bar moves forward, the
15 safety lever rotates upward or in a
16 counterclockwise motion if you are looking
17 from the right side of the weapon, and the
18 earlier designs of the 320 utilized a spring
19 and a safety lever in combination that kept it
20 in place, but on the upgraded version, we put
21 a leg or material behind the trigger bar so
22 that the safety lever would only rotate with
23 the trigger bar so that when the trigger bar

**Page 87**

1  is at rest, it prevents that safety lever from
2  rotating up.
3  Q  Okay. I am not an engineer. So again, this
4  is relevant to drop safety?
5  A  It is a redundant part of it, yes, there is a
6  minor portion of that.
7  Q  So are there any other parts at issue in the
8  voluntary upgrade program relative to drop
9  safety other than the new trigger, sear,
10 striker pin and safety lever?
11 A  No.
12 Q  And pursuant to the voluntary upgrade program,
13 did Sig use the same components for the
14 trigger, sear, striker pin and safety lever
15 for the various models of P320s?
16 A  Can you say that again? I am sorry, I lost
17 you there.
18 Q  So if someone were to send in a pistol to the
19 voluntary upgrade program, Sig, among other
20 component changes, would change out the
21 trigger, sear and striker pin safety lever,
22 right?
23 A  Yes.

**Page 88**

1  Q  And when Sig does that, would it use the same
2  components in one P320 as opposed to another
3  P320 sent in through the voluntary upgrade
4  program?
5  A  Yes, they would all be the same.
6  Q  What did Sig find when it conducted drop
7  testing with these new components after --
8  strike that.
9     What did Sig find after conducting
10 drop testing with the new components?
11 A  So we found that we enhanced our drop safety
12 capability, and that we could pass other
13 standards that were beyond what the current
14 U.S. standards of SAAMI and NIJ are.
15 Q  Can we flip back to the second page for just a
16 moment, and let's look at that first bullet
17 point. It says, problem recognized in P320.
18    Do you see that?
19 A  Yes.
20 Q  Do you agree that the drop issue is a problem?
21 A  Again, it depends on what standard you are
22 comparing it to. U.S. standards are not very
23 stringent, so our gun, our design has passed

**Page 89**

1  the standards that are required.
2  Q  What about just in terms of consumer safety,
3  do you think the drop issue is a problem in
4  terms of consumer safety outside the context
5  of drop standards?
6     MR. JOYCE: Objection to form.
7  Beyond the scope of this witness' designation.
8  You can answer over objection.
9     THE WITNESS: Again, I think the
10 user has a certain responsibility to ensure
11 you are handling a loaded weapon responsibly.
12 Q  Okay. Let's flip to the seventh page, please,
13 titled Fault Tree Analysis, by the way?
14 A  Yes.
15 Q  Do you see in the box to the right, "By
16 creating a Fault Tree Analysis, we are able to
17 logically address all possible reasons and
18 scenarios from an unintentional discharge."
19    Do you see that?
20 A  Yes.
21 Q  Did Sig conduct a Fault Tree Analysis in
22 connection with the drop issues with the P320?
23 A  Yes.

23 (Pages 86 - 89)

**Page 102**

1  Q   And at the way bottom here, it says "Sig, need
2      to write and publish an official test
3      statement."
4          Do you see that?
5  A   Yes.
6  Q   Does Sig have standards for drop testing?
7  A   Yes.
8  Q   When were those standards formulated?
9  A   We formulated the Sig enhanced standard around
10     the time of the voluntary upgrade. So it was
11     through our testing and evaluation and
12     engineering, we came up with a Sig-enhanced
13     standard that is well above and beyond any
14     other published standard.
15 Q   That was in response to the drop issues
16     discovered in the P320?
17 A   Yes.
18 Q   Now, let's just take a look at the Army
19     standard, the TOP?
20 A   Yes.
21 Q   Is that the standard under which the Army
22     approached Sig about issues of drop fires, was
23     that the standard the Army was operating

**Page 103**

1      under?
2  A   Portions of it were the standards the Army was
3      using, but they also tested the weapon with
4      the mechanical safety in the off position,
5      which I believe the TOP states that the
6      mechanical safety is in the on position.
7  Q   So apart from the issue with the mechanical
8      safety being in the off position, were there
9      any other ways that the U.S. Army deviated
10     from TOP testing standards?
11 A   Not that I recall hearing about, no.
12 Q   Okay. We can set this document aside. And I
13     think, I don't mean to jump the gun, I feel
14     like now is an appropriate time for a lunch
15     break. After this, I think I have one more
16     session left. I am going to go through and I
17     am going to ask you about some of the Sig data
18     on your own drop testing just transparently.
19     So I have like six minutes left before we were
20     planning to break. I think we should break
21     now.
22         MR. JOYCE: Okay.
23         THE WITNESS: How long are we to

**Page 104**

1      break for?
2          MR. DECKANT: Up to you.
3          MR. JOYCE: 45 minutes, does that
4      work for you?
5          THE WITNESS: Yes, that is fine.
6      That is what I was going to suggest.
7          MR. DECKANT: Let's reconvene at
8      1:45.
9          THE VIDEOGRAPHER: It is 12:56. We
10     are going off the record.
11         (LUNCHEON RECESS.)
12         THE VIDEOGRAPHER: We are back on
13     the record. The time is 1:50.
14 FURTHER INTERROGATORIES BY MR. DECKANT:
15         THE WITNESS: Before I get started,
16     I would like to offer a clarification on one
17     of my previous answers.
18 Q   Okay.
19 A   You had asked the question about the Army and
20     how they deviated from the TOP standard, and
21     can you just repeat that question again, and I
22     will answer it and clarify that.
23 Q   Sure. I don't exactly recall, but I think

**Page 105**

1      what we are getting at is I may have asked, in
2      what ways did the Army's test deviate from
3      their TOP standard?
4  A   So when the Army was testing the M17 and M18,
5      they tested it with mechanical safety in the
6      off position as well as additional angles that
7      are beyond what the TOP outlines.
8  Q   Got it. It was one of those additional angles
9      where they noticed the drop fire issue, right?
10 A   Correct.
11 Q   Did they notice the drop fire issue at one of
12     the angles originally called for from the
13     original TOP protocol?
14 A   No, it was an angle that was not part of the
15     standard.
16 Q   I am going to introduce another document.
17     Give me a second. It is Exhibit 2. Please
18     let me know when you have Exhibit 2 available.
19         (Whereupon, Exhibit Number 2,
20     test results spreadsheet, marked for
21     identification.)
22 A   I have it up.
23 Q   We are going to be focusing on the tab called

27 (Pages 102 - 105)

```
 1    let me know when you have Exhibit 66 loaded
 2    up.
 3  A Okay.
 4         (Whereupon, Exhibit Number 66, Drop
 5    standards spreadsheet, marked for
 6    identification.)
 7  Q Have you seen Exhibit 66 before?
 8  A Yes.
 9  Q What is it?
10  A It is a spreadsheet that was a summary of
11    various drop standards and the results of
12    320s.
13  Q And these drops were conducted, it says, using
14    the baseline components on the P320.  I see
15    that on the upper left, is that right?
16  A Yes.
17  Q What does it mean by baseline components?
18  A So these would be weapons that were preupgrade
19    and pulled from stock, essentially.
20  Q Am I correct that FBI/DOJ, TOP, NATO an ULN
21    tests were not conducted in this context?
22  A Correct.
23  Q Was there any particular reason why those
```
Page 126

```
 1    types of drop tests were not conducted?
 2  A I believe at the time we were seeing where we
 3    were as far as a baseline with DUS standards
 4    for commercial sales.
 5  Q Now, I am seeing this says 11 fires on the
 6    California DOJ test under the 220 SC.  Am I
 7    reading that correctly?
 8  A Yes.
 9  Q Before selling pistols, does Sig conduct
10    California DOJ testing on its products?
11         MR. JOYCE:  Objection.  Overbroad,
12    beyond the scope.  You can answer over
13    objection.
14  Q I will make that more specific.  Thank you.
15         Before selling the P320 initially,
16    did Sig conduct drop testing pursuant to the
17    California DOJ standards?
18  A No.
19  Q The same question as to the Massachusetts
20    standards you see in this chart, did Sig
21    conduct drop testing pursuant to Massachusetts
22    standards before offering the P320 for sale?
23  A Not that I recall.
```
Page 127

```
 1  Q And the same question in regards to the NIJ
 2    standards.
 3         Did Sig conduct drop testing
 4    pursuant to the NIJ standards before offering
 5    the P320 for sale?
 6  A SAAMI and NIJ are essentially the same thing,
 7    so yes, we did conduct those tests.
 8  Q Now, did Sig conduct drop testing prior to
 9    selling the P320 pursuant to the FBI/DOJ
10    standards?
11  A Not explicitly for that standard, but again,
12    there is overlap on the standard, so we have
13    tested to some extent the same standard, yes.
14  Q Okay.
15  A It depends on how you define the standard.
16  Q So the same question with TOP.
17         Did Sig conduct drop testing
18    pursuant to the TOP standard prior to selling
19    the P320?
20  A Again, there is some overlap of the
21    orientation, so not in their entirety, no.
22  Q Two more.  What about NATO testing, did Sig
23    conduct drop testing before offering the P320
```
Page 128

```
 1    for sale?
 2  A We did look at some of the NATO orientations,
 3    yes.
 4  Q Same question about ULM standards?
 5  A We did not do ULM standards, but again, ULM is
 6    a standard in which they pretty much drop it
 7    at whatever angle they want.  It is not a
 8    super-defined spec.
 9  Q Is there a standard under which state tested
10    P320 before its initial sale -- strike that.
11         Is there any particular standard on
12    this list that Sig followed when testing the
13    P320 prior to its initial sale, in connection
14    with drop testing?
15  A Yes.  SAAMI and NIJ.  As well as NATO.
16  Q Does it surprise you that there is two
17    occurrences of drop buyers under the NIJ
18    standard for the P320 SC model?
19         MR. JOYCE:  Objection to form.  You
20    can answer over objection.  Objection to the
21    foundation.  You can answer over the
22    objection.
23         THE WITNESS:  Can you repeat the
```
Page 129

33 (Pages 126 - 129)

**Page 130**

1        question?
2    Q   Does it at all surprise you there were two
3        drop fires when testing the P320 SC pursuant
4        to NIJ standards, right?
5            MR. JOYCE: Same objection.
6            THE WITNESS: No, it doesn't.
7    Q   Prior to selling the P320, Sig had conduct
8        drop testing pursuant to the NIJ standards,
9        right?
10   A   Correct.
11   Q   Presumably no drop fires were found when
12       conducting those tests, right?
13   A   Correct.
14   Q   Do you know why two drop fires were found when
15       doing testing pursuant and to the NIJ
16       standards here and no drop fires had occurred
17       previously?
18   A   One of the things you will notice on the
19       spreadsheet is that there is multiple drops,
20       you see the amount of drops as 70. So we were
21       dropping the gun multiple times and one
22       orientation and moving to another orientation
23       dropping it multiple times, which is beyond

**Page 131**

1        the standard. It is not exactly to the NIJ
2        spec. NIJ is dropping it once.
3            So over time, what we discovered, if
4        you drop a gun multiple times at each
5        orientation, the vulnerability for a drop fire
6        increases.
7    Q   And am I correct based on this chart that
8        testing under the California DOJ standards is
9        stopped early to allocate time for testing the
10       lightweight component guns, is that a correct
11       reading?
12   A   Based on what I am reading in this document,
13       yes.
14   Q   So Sig was in the process of testing the --
15       strike that.
16           Sig was in the process of conducting
17       drop testing on the P320's with the baseline
18       components, and they stopped that testing at
19       least in the context of the California DOJ
20       standards so that they can allocate time for
21       testing the new lightweight components, right?
22   A   From what I can read on this document,
23       correct.

**Page 132**

1    Q   Do you know if Sig ever completed their
2        testing of the -- strike that.
3            Do you know if Sig ever completed
4        its drop testing pursuant to the California
5        DOJ standards on the baseline components?
6    A   I don't have information one way or the other
7        on that.
8    Q   You can set this document aside. One more of
9        these. One moment, please. I have just made
10       Exhibit 67 available. Please let me know when
11       you have Exhibit 67 loaded up.
12   A   Okay.
13           (Whereupon, Exhibit Number 67, Drop
14       test worksheet, marked for identification.)
15   Q   Have you seen Exhibit 67 before?
16   A   I have not.
17   Q   This is a drop test worksheet like we were
18       discussing before, right?
19   A   Yes.
20   Q   And we are seeing again Mr. Thibodeau, right,
21       as the test conductor?
22   A   Correct.
23   Q   This is dated August 4, 2017, right?

**Page 133**

1    A   Yes.
2    Q   That is Sig Sauer's logo on the upper left,
3        right?
4    A   Correct.
5    Q   And do you recognize the form of this
6        worksheet? You have seen previous drop test
7        worksheets, right?
8    A   Yes.
9    Q   The next drop test worksheet just to the
10       right, do you see where it says, "D. Oaks
11       version 2.1."
12           Do you see that?
13   A   Yes.
14   Q   Do you know what that means?
15   A   That is the author of the form and the
16       version.
17   Q   And this concerns a T through 20 C with the
18       baseline components, right?
19   A   That is what it says, yes.
20   Q   Do you know why Mr. Thibodeau may have been
21       conducting drop testing around August of 2017?
22   A   Again, it says August 4th, so I am guessing he
23       is just baselining current production at that