# SIG SAUER®
### when it counts®



# P320®

**OWNERS MANUAL:** HANDLING & SAFETY INSTRUCTIONS

> ⚠ **READ THE INSTRUCTIONS AND WARNINGS IN THIS MANUAL CAREFULLY BEFORE USING THIS FIREARM; DO NOT DISCARD THIS MANUAL.**
> This instruction manual should always accompany this firearm and be transferred with it upon ownership, or when the firearm is loaned or presented to another person.

SIG000001



## 5.1 Clearing a Jam

While shooting any firearm, an unfired cartridge or fired cartridge case may occasionally become jammed between the slide and the barrel. WHILE KEEPING THE MUZZLE POINTED IN A SAFE DIRECTION, clear the jam as follows:

1. Remove the magazine, then
2. Pull back the slide and lock it to the rear by pushing up on the slide catch lever.
3. The jammed cartridge or case now can be removed by shaking it out or by picking it out.

### ⚠ WARNING  – HANDLING



The slide opens and shuts quickly while firing. Keep face and hands away from it. Hot brass and powder gas is ejected quickly and can burn you. Always wear safety glasses and hearing protectors.

**SLIDE OPENS FAST – HOT BRASS EJECTED**

### ⚠ WARNING  – DROPPED PISTOL



If dropped, the pistol may fire. Keep the chamber empty unless actually firing!

**ANY FIREARM MAY FIRE IF DROPPED**

SIG000025